**Albert Charles BURGESS, Petitioner—Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 10–6093.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 24, 2010.

Albert Charles Burgess, Appellant Pro Se.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Charles Burgess appeals the district court's order denying relief on his 28

U.S.C § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Burgess v. United States,* No. 1:09–cv–00451–GCM, 2010 WL 92441 (W.D.N.C. filed Jan. 6 & Jan. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*